IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>JUAN ANZALDO-OSUNA,<br><br>  Defendant. | Case No.<br>3:18-cr-00054-RCJ-WGC |
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>JUAN ANZALDO-OSUNA,<br><br>  Defendant | Case No.<br>3:18-cr-00064-HDM-WGC |

Before the court is the Government's Notice of Related Cases (ECF No. 17 in Case No. 3:18-cr-00054-RCJ-WGC and ECF No. 5 in Case No. 3:18-cr-00064-HDM-WGC).

The presiding District Judges in these two actions have determined that these actions are related and there is good cause to reassign them to one District Judge and one Magistrate Judge. Reassignment of the two cases to one judge will promote judicial efficiency and will not result in prejudice to the parties. The practice in this district has been to assign related cases to the

assigned district judge and magistrate judge in the first filed case.

Good cause appearing, IT IS HEREBY ORDERED that Case No. 3:18-cr-00064-HDM-WGC is reassigned to District Judge Robert C. Jones and Magistrate Judge William G. Cobb, and all future pleadings must bear Case No. 3:18-cr-00064-RCJ-WGC.

IT IS FURTHER ORDERED that the Clerk of the Court shall change the file and docket to reflect this reassignment.

IT IS SO ORDERED.

Dated this 13th day of August, 2018.

_____
Howard D. McKibben
Senior U.S. District Judge


_____
Robert C. Jones
Senior U.S. District Judge

2