UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>          Plaintiff,<br><br>     v.<br><br>Juan Anzaldo-Osuna,<br><br>          Defendant. | Case No. 3:18-cr-00054-RCJ-WGC<br><br>**ORDER APPROVING JOINT STIPULATION REGARDING A REDUCTION IN SENTENCE (ECF No. 35)** |

The Court has considered the parties' proposed resolution and the factors set out in 18 U.S.C. § 3553(a) and under U.S.S.G. § 1B1.10.

IT IS THEREFORE ORDERED that the parties' proposed amended sentence is accepted. Pursuant to Amended General Order 2023-09, an AO247 form reflecting the amended sentence will be filed.

DATED this 14th day of March, 2024.

_____
UNITED STATES DISTRICT JUDGE

3